Dukes, Sr. v. Chase Gregory